

# Fourth Court of Appeals
## San Antonio, Texas

August 5, 2020

No. 04-20-00214-CV

John E. **VOGT** and Nelda L. Vogt,
Appellants

v.

**MARIN REAL ESTATE PARTNERS. L.P.** et al,
Appellees

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 06-150
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

The reporter's record was due on May 11, 2020, but has not been filed. Appellants have filed a docketing statement indicating that there is a reporter's record but that they have not requested it nor made arrangements to pay for it. *See* TEX. R. APP. P. 34.6(b)(1) (explaining that the request to the court reporter must designate the exhibits and the portions of the proceedings to be included in the reporter's record); *id.* 35.3(b) (court reporter is responsible for preparing and filing the reporter's record if (1) notice of appeal has been filed, (2) appellant has requested the reporter's record be prepared, and (3) appellant has paid the fee for preparation of the record, has made arrangements to pay the fee, or is entitled to appeal without paying the fee).

If appellants intend to rely on the reporter's record, we order them to file written proof to this Court on or before **August 17, 2020** that they have requested the official court reporter to prepare the reporter's report in compliance with Texas Rule of Appellate Procedure 34.6 and have filed a copy of the request with the trial court clerk. *See* TEX. R. APP. P. 34.6(b)(2). Further, we order appellants to provide written proof to this Court on or before **August 17, 2020** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellants are entitled to appeal without paying the reporter's fee.

If appellants do not respond within the time provided, their brief will be due thirty days after the clerk's record is filed, and this Court will consider only those issues or points raised in appellants' brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).


Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of August, 2020.

MICHAEL A. CRUZ, Clerk of Court